**Order filed, August 14, 2018.**



In The

# Fourteenth Court of Appeals

_____

**NO. 14-18-00559-CV**

_____

**SPRING BRANCH INDEPENDENT SCHOOL DISTRICT AND CITY OF HOUSTON, Appellant**

**V.**

**SOUTHWEST PRECISION PRINTERS, LP, Appellee**

---

**On Appeal from the 133rd District Court
Harris County, Texas
Trial Court Cause No. 2016-41614**

---

## ORDER

The reporter's record in this case was due August 13, 2018. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Darlene Stein, the court reporter, to file the record in this appeal **within 15 days** of the date of this order.

PER CURIAM